# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133378

MARGARET GAINFORTH, Personal
Representative of the Estate of Felice
Vermeersch, Deceased,
    Plaintiff-Appellee,

v

BAY HEALTH CARE, d/b/a BAY
DIAGNOSTIC CENTER FOR WOMEN,
BAY REGIONAL MEDICAL CENTER,
BAY HEALTH SYSTEMS, BAY MEDICAL
CENTER, INC., BAY RADIOLOGICAL
CONSULTANTS, P.C., T. K. JONES,
M.D., HARPAL SINGH, M.D., and
HARPAL SINGH, M.D., P.C.,
    Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133378
COA: 271313
Bay CC: 02-003940-NH

_____/

   On order of the Court, the application for leave to appeal the January 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk